UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALERIE BEZDEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC,<br><br>Defendants. | Case No. 12-10513-DPW |
| BRIAN DE FALCO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC,<br><br>Defendants. | Case No. 13-10764-DPW |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs Valerie Bezdek (the "Class Representative"), Brian De Falco and Ali Safavi respectfully move for (1) Final Approval of the Class Action Settlement; (2) an award of attorneys' fees and reimbursement of expenses for Plaintiffs' Counsel;[1] and (3) service awards of

---

[1] All capitalized terms have the same meaning as set forth in the Settlement Agreement.

$2,500 for Plaintiffs Bezdek and De Falco, and $1,500 for Plaintiff Safavi.  The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: August 1, 2014  **BERMAN DEVALERIO**

*/s/ Nathaniel L. Orenstein*
GLEN DEVALERIO (BBO #122010)
NATHANIEL L. ORENSTEIN (BBO #664513)
One Liberty Square
Boston, MA 02109
Telephone: 617-542-8300
Facsimile: 617-542-1194
gdevalerio@bermandevalerio.com
norenstein@bermandevalerio.com

*Local Counsel for Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN
  & HERZ LLP**
JANINE L. POLLACK
270 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-545-4600
Facsimile: 212-686-0114
pollack@whafh.com

*Lead Class Counsel*

(continued)

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
THOMAS J. O'REARDON II
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619-338-1100
Facsimile: 619-338-1101
tblood@bholaw.com
toreardon@bholaw.com

SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
JAMES C. SHAH
35 East State Street
Media, Pennsylvania 19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshaw@sfmslaw.com

GARY ROBERTS & ASSOCIATES, P.A.
MICHAEL K. BECK
324 Datura Street
Suite 223
West Palm Beach, FL 33401
Telephone: 561-686-1800
Facsimile: 561-686-1533
Michael@palmbeachtrialattorney.net

POMERANTZ LLP
JAYNE A. GOLDSTEIN
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Telephone: 954-313-3454
Facsimile: 954-313-3455
jagoldstein@pomlaw.com

MILBERG LLP
JOSHUA E. KELLER
One Pennsylvania Plaza
49th Floor
New York, NY 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229
jkeller@milberg.com

*(continued)*

3

**THE BREEDEN LAW FIRM**
TONY W. BREEDEN
578 Washington Boulevard, Suite 552
Marina Del Rey, CA  90292
Telephone:  310-984-6861
Facsimile: 310-984-6849
tony@breedenlawfirm.com

**SWEETNAM LLC**
WILLIAM M. SWEETNAM
582 Oakwood Avenue, 200
Lake Forest, IL 60045
Telephone: 847-559-9040
Facsimile: 847-235-6618
wms@sweetnamllc.com

**WHATLEY KALLAS, LLC**
PATRICK J. SHEEHAN
60 State Street, 7th Floor
Boston, MA 02109
Telephone: 617-573-5118
Facsimile: 617-573-5090
psheehan@whatleykallas.com

*Plaintiffs' Counsel*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Plaintiffs have conferred with counsel for Defendants, who do not oppose the relief sought in this motion.

Dated:  August 1, 2014

/s/ *Nathaniel L. Orenstein*
Nathaniel L. Orenstein

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 1, 2014.

/s/ *Nathaniel L. Orenstein*
Nathaniel L. Orenstein