UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALERIE BEZDEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC,<br><br>Defendants. | Case No. 12-10513-DPW |
| BRIAN DE FALCO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC,<br><br>Defendants. | Case No. 13-10764-DPW |

**DECLARATION OF JAMES R. PRUTSMAN, MBA, IN FURTHER SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF <u>CLASS ACTION SETTLEMENT</u>**

I, JAMES R. PRUTSMAN, declare as follows:

1. I am a Partner of Heffler Claims Group LLC ("Heffler"), a company that provides class action notice, claims administration, and other significant data management processes services related to class actions and mass tort actions. The following statements are based on my personal knowledge and information provided by other Heffler employees working under my supervision. If called upon to do so, I could and would testify competently about these issues.

1

2. I have worked in the claims administration business for approximately 17 years and have managed the administration on some of the largest class action settlements. Heffler has provided class action settlement services in over 900 cases of varying sizes and complexity over the past 45 years, with a leadership team that consists of the most experienced professionals in the industry. Heffler has expertise in all aspects of administration for consumer, antitrust, securities, employment, mass tort, and government enforcement matters. Heffler's administration is exemplified by the complex services provided *In re: Currency Conversion Fee Antitrust Litigation*, 1:01md, MDL No. 1409. In this matter, Heffler distributed over $3 billion in funds, processed over 10 million claims and mailed information to over 40 million potential claimants. Further information about Heffler and the services our company provides can be found at the firm's website: www.hefflerclaims.com.

3. I submit this Declaration to provide an update to the Parties and the Court on the email notice, mailed notice and the media coverage that this case has received.

4. Pursuant to the Court's Order Authorizing Notice ("Order Authorizing Notice"), dated May 12, 2014, Heffler Claims Group LLC was appointed as Notice Administrator and Class Action Settlement Administrator.

**EMAIL NOTICE**

5. On May 7, 2014 we received several files that contained records of people that had purchased Vibram products. After combining and de-duping, 217,661 records were identified as having unique email addresses. Heffler prepared and sent the approved email notice to all of these email addresses. A copy of the email notice is attached hereto as Exhibit A. After the messages were sent, a total of 21,987 emails were returned as bounced or undeliverable.

**MAILED NOTICE**

6. The files Heffler received contained 55,424 records that had a physical address but not an email address. Heffler prepared a postcard notice for each of these records. Additionally, Heffler prepared a postcard notice for the 21,987 class members whose email notice was bounced or flagged as undeliverable. On June 16, 2014, Notices were mailed to the 77,411 unique Class Members described above via postage prepaid, first-class U.S. Mail. The

Notice advised Class Members of the settlement; directed them to the Settlement Website or to the toll-free number for more information; and advised them that they could submit a written Request for Exclusion or Objection postmarked by August 15, 2014. A copy of the Notice is attached hereto as Exhibit B.

7. After the mailing discussed above, Heffler received a total of 16,587 postcards returned by the USPS as undeliverable. Of these, 210 Notices were returned by the USPS with forwarding addresses. These were re-mailed to those Class Members via postage prepaid, first-class U.S. Mail. For the remaining undeliverable Notices received from the USPS, Heffler performed address traces. The address trace utilizes the Class Member's name and last known address for locating a current address. After the traces were performed, updated addresses were obtained and Notices were re-mailed to Class Members via postage prepaid, and first-class U.S. Mail. In total, 4,138 postcards were forwarded or re-mailed to the Class Members.

## EXCLUSION REQUESTS

8. Prior to the August 15, 2014 deadline, Heffler received a total of 23 exclusion requests. A list of people requesting exclusion along with the postmark of the request is attached hereto as Exhibit C.

## OBJECTOR CLAIMS

9. Heffler was notified by counsel that Justin Ference, Michael Narkin and Madeline Monti Cain had filed objections. Heffler checked all of the records for claims submitted and did not receive a claim for either Michael Narkin or Madeline Monti Cain. Heffler has received a claim for Justin Ference.

## MEDIA COVERAGE

10. Prior to the commencement of the Court Ordered Notice Program, with the assistance of Heffler's media monitoring, I noted a remarkably high volume of media coverage and mentions of the Vibram FiveFingers Shoe Settlement; which included among others some of the largest media outlets in the United States: *WSJ.com*, *Huffington.com*, *Fox News*, *Newsweek*, *Christian Science Monitor, The Washington Post, USA Today, Slate.com, Thompson Reuters,*

3

*WGN.com*, *Atlantic*, *Men's Fitness* magazin*e*, and *Shape* magazine. This significant media coverage continued through the claims deadline. [1]

11.  While the story appeared to receive a great deal of online and social media attention, it also aired on network television. On May 9, 2014, NBC's The Today Show ran a 2-minute, 32-second news segment about the Settlement. This segment was carried by over 229 local television stations throughout the U.S., and viewed by over 4 million people[2]. Additionally, this story appeared as a video link on the NBC News site. http://www.nbcnews.com/business/consumer/vibram-fivefinger-shoes-give-refunds-over-allegedly-bare-health-claims-n101301

12.  Additionally, numerous local, regional, national and international media outlets covered this story including FOX Affiliates, ABC Affiliates, CBS Affiliates, and WGN.

## MEDIA COVERAGE – NOTICE PROGRAM

13.  Below is a summary count of the social and online media coverage of the Settlement through the claims filing deadline of September 24, 2014.

---

[1] The story was also featured in the following publications/websites: *Men's Fitness, The Consumerist, Deadspin, The Latin Post, Natural Running Center, Run Research Junkie, The Week, The BBC, The International Business Times, Backpacking Light, Buzzfeed, Chicago Athlete, The Washington Examiner, Newsy, The Daily Mail (UK based), The Star Phoenix, The SF Gate, and The Seattle PI.*

[2] Source: Nielsen

| **Social Media and Online Media Mentions** | |
|---|---|
| **Twitter** | Over 31,000 Tweets were picked up on the Vibram Settlement, reaching 43.6 million Twitter accounts |
| **Google** | Over 900 online news stories have covered the Vibram Settlement |
| **Facebook** | Nearly 13,000 visits, or referrals to the Settlement website originated from Facebook |

## SETTLEMENT WEBSITE

14. On May 12, 2014, at the direction of the settling parties, Heffler established an Internet Website, www.fivefingerssettlement.com, to inform Class Members of the terms of the Settlement Agreement, and other related information including the Court's Notice Order, Long Form Notice and Claim Form, the Complaint, the list of Eligible Footwear, important dates and deadlines and a list of Frequently Asked Questions.

15. On August 11, 2014, per the direction and agreement of the settling parties, Heffler posted the "Plaintiffs' Memorandum In Support Of Motion For Final Approval Of Class Action Settlement" along with the "Plaintiffs' Memorandum Exhibits".

16. As of September 24, 2014, the claim filing deadline, more than 321,000 new first-time users have visited the site, with over 465,000 sessions. Of this traffic, nearly 20 percent of the users originated from *Runner's World.com* and its mobile counterpart. Another 14,500 users originated from social media referring properties, including *Facebook*, *Facebook Apps* and *Twitter*.

| Settlement Website Overview<br>May 27, 2014 – September 24, 2014 | |
|---|---|
| **Users** | 321,238 first-time users visited the website. |
| **Page Views** | 2,475,357 total views of the Settlement Website webpages. |
| **Social Media Referrals** | 14,572 first-time users visited the website from a social media outlet. |
| **Top Referring Websites and Social Media Websites** | *Runnersworld.com*<br>*Topclassactions.com*<br>*Blogs.militarytimes.com*<br>*Slickdeals.net*<br>*Classactionrebates.com*<br>*Facebook.com*<br>*csmonitor.com*<br>*dealnews.com*<br>*Twitter* |

*Repeated views of a single page are counted.*

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of October 2014 in Edmond, OK

## CERTIFICATE OF SERVICE

I, Glen DeValerio, hereby certify that on October 15, 2014 I caused a copy of the foregoing Declaration of James R. Prutsman, MBA, in Further Support of Joint Motion For Final Approval of Class Action Settlement to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

Dated: October 15, 2014  /s/ *Glen DeValerio*
                          Glen DeValerio