# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALERIE BEZDEK, Individually and on Behalf of All Others Similarly Situated, </br></br>　　　　　Plaintiff, </br></br>v. </br></br>VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC, </br></br>　　　　　Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 12-10513-DPW </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF APPEAL

**COMES** Madeline Monti Cain, by and through the undersigned counsel, and hereby appeals to the United States Court of Appeals for the First Circuit from the following Orders/Judgments entered by the District of Massachusetts:

(1) **MEMORANDUM AND ORDER** entered on January 16, 2015 [Doc. 106];

(2) **FINAL ORDER APPROVING CLASS ACTION SETTLEMENT** [Doc. 107]; and

(3) **FINAL JUDGMENT** [Doc. 108].

Respectfully submitted, this 12th day of February, 2015.

　　　　　　　　　　　　　　　　　/s/Christopher T. Cain
　　　　　　　　　　　　　　　　　Christopher T. Cain, BPR #19997
　　　　　　　　　　　　　　　　　**Scott & Cain**
　　　　　　　　　　　　　　　　　550 Main Street, Suite 601
　　　　　　　　　　　　　　　　　Bank of America Center
　　　　　　　　　　　　　　　　　Knoxville, TN 37902
　　　　　　　　　　　　　　　　　Tel: (865) 525-2150

　　　　　　　　　　　　　　　　　*Counsel for Objector, Madeline Cain*

## CERTIFICATE OF SERVICE

  I do hereby certify that on February 12, 2015, a copy of the foregoing Notice of Appeal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

  This 12th day of February, 2015.

              /s/ Christopher T. Cain
              Christopher T. Cain