UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALERIE BEZDEK, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIBRAM USA, INC. and VIBRAM FIVEFINGERS LLC | Case No. 12-10513-DPW |
| BRIAN DE FALCO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIBRAM USA INC and VIBRAM FIVEFINGERS LLC, | Case No. 13-10764-DPW |

NOTICE OF APPEAL

Notice is hereby given that Justin Ferrence, an objector in the above-named matter, hereby appeals to The United States Court of Appeals for the First Circuit the following:

    1.    Docket No. 106 in Case No. 1:12-cv-10513-DPW – the Memorandum and Order granting plaintiffs' motion for final approval of the proposed class action settlement, granting the plaintiffs' motion for attorney's fees, expenses, and service awards, as refined by class counsel's subsequent revision to the requested expenses, entered January 16, 2015;

2. Docket No. 107 in Case No. 1:12-cv-10513-DPW – the Final Order Approving Class Action Settlement, entered January 21, 2015;

3. Docket No. 108 in Case No. 1:12-cv-10513-DPW – the Final Judgment, entered January 21, 2015;

4. Docket No. 95 in Case No. 1:13-cv-10764-DPW – the Memorandum and Order granting plaintiffs' motion for final approval of the proposed class action settlement, granting the plaintiffs' motion for attorney's fees, expenses, and service awards, as refined by class counsel's subsequent revision to the requested expenses, entered January 16, 2015;

5. Docket No. 96 in Case No. 1:13-cv-10764-DPW – the Final Order Approving Class Action Settlement, entered January 21, 2015; and

6. Docket No. 97 in Case No. 1:13-cv-10764-DPW – the Final Judgment, entered January 21, 2015;

    Respectfully submitted,

    JUSTIN FERRENCE,

    By his attorneys,

    /s/David C. Aisenberg
    David C. Aisenberg BBO#545895
    Looney Cohen & Aisenberg LLP
    33 Broad Street, 6th Floor
    Boston, MA 02109
    617-371-1050
    daisenberg@lca-llp.com

## CERTIFICATE OF SERVICE

I, David C. Aisenberg, hereby certify that a true copy of the foregoing was filed electronically via CM/ECF and by hand delivery to the Clerk, United States District Court for the District of Massachusetts on February 13, 2015, and served electronically via CM/ECF on all counsel of record.

/s/ David C. Aisenberg
David C. Aisenberg