Form 1

**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT**

FILED
IN CLERKS OFFICE

2015 FEB 17 PM 1 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

Name of United States District Court for the District of Massachusetts

Case Number 12-10513-DPW

VALERIE BEZDEK, Plaintiff,
et al.
    v.                    **NOTICE OF APPEAL**
VIBRAM USA INC., Defendant.
and VIBRAM FIVEFINGERS LLC

Notice is hereby given that MICHAEL NARKIN (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Orders/Judgments (from the final judgment) ((from an order) (describe the order)) entered in this action on January 6, 2015 (date).

MEMORANDUM and ORDER, Final Order approving Class Action Settlement and Final Judgment

Michael Narkin, PRO SE Objector
(Signature of appellant or attorney)

85391 CHEZEM ROAD
EUGENE, OR 97405
(Address of appellant or attorney)

541-852-5507

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

Case 1:12-cv-10513-DPW   Document 115   Filed 02/17/15   Page 2 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2015, I express mailed the foregoing to the Clerk of the Court. It is my understanding that the CM/ECF system will send notification of the filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Executed on February 13, 2015

By: *Michael Watkin*