IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br>NETFLIX PRIVACY LITIGATION | CASE NO. 5:11-cv-00379 EJD<br><br>**ORDER DENYING ATTORNEY CHRISTOPHER T. CAIN'S MOTION FOR LEAVE TO APPEAR PRO HAC VICE**<br><br>[Docket Item No(s). 336] |

Presently before the court is Attorney Christopher T. Cain's motion for leave to appear pro hac vice. See Docket Item No. 336. According to the motion, Attorney Cain now seeks approval to appear in this district on behalf of two objectors. Plaintiffs have filed a written opposition to the motion. See Docket Item No. 337.

Having carefully reviewed this matter, the court has determined Plaintiffs' objections to Attorney Cain's pro hac vice admission are meritorious. Indeed, Plaintiffs have shown that Cain filed documents in this action and appeared at two depositions prior to filing this application, all in violation of Civil Local Rules 11-1 and 11-3. These instances coupled with the additional conduct described in Plaintiffs' opposition provide sufficient reason to question Attorney Cain's ability to observe the duties and responsibilities required by an attorney admitted in this district. See Civ. L.R. 11-4(a).

Accordingly, Attorney's Cain's motion for leave to appear pro hac vice is DENIED.

**IT IS SO ORDERED.**

Dated: March 5, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-00379 EJD
ORDER DENYING ATTORNEY CHRISTOPHER T. CAIN'S MOTION FOR LEAVE TO APPEAR PRO HAC VICE