# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALERIE BEZDEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC,<br><br>Defendants. | Case No. 12-10513-DPW |
| BRIAN DE FALCO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC,<br><br>Defendants. | Case No. 13-10764-DPW |

**JOINT OPPOSITION TO OBJECTOR MICHAEL NARKIN'S
MOTION TO PROCEED *IN FORMA PAUPERIS***

The above-captioned parties hereby move jointly to oppose the motion to proceed *in forma pauperis* recently filed by objector Michael Narkin. In support thereof, the parties refer to, and incorporate by reference herein, their Memorandum in Support hereof.

1

Respectfully submitted,

| **COUNSEL FOR PLAINTIFFS,** | **VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC,** |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ Janine L. Pollack | /s/ Christopher M. Morrison |
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>Janine L. Pollack<br>Michael Liskow<br>270 Madison Avenue, 10th Floor<br>New York, New York 10016<br>Telephone: 212-545-4600<br>Facsimile: 212-545-4677<br>pollack@whafh.com<br>liskow@whafh.com | JONES DAY<br>Dana Baiocco (BBO #624886)<br>Christopher M. Morrison (BBO #651335)<br>JONES DAY<br>100 High Street, 22nd Floor<br>Boston, Massachusetts 02110<br>Telephone:  (617) 960-3939<br>Facsimile:  (617) 449-6999<br>dbaiocco@jonesday.com<br>cmorrison@jonesday.com |

Dated:  April 6, 2015

## CERTIFICATE OF SERVICE

      I, Christopher M. Morrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 6, 2015.

                                                /s/ Christopher M. Morrison
                                                Christopher M. Morrison