# United States Court of Appeals
## For the First Circuit

No. 15-1219

VALERIE BEZDEK, individually and on behalf of all others similarly situated,

Plaintiff, Appellee,

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC,

Defendants, Appellees,

MICHAEL NARKIN,

Interested Party, Appellant.

Before

Torruella, Lynch and Kayatta,
Circuit Judges.

**JUDGMENT**

Entered: September 22, 2015

    Appellees have moved to strike appellant Michael Narkin's brief and to dismiss his appeal with prejudice as a sanction for his significant noncompliance with appellate rules.  We agree with appellees that the deficiencies in Narkin's brief are egregious, and that dismissal of the appeal with prejudice is warranted.  Narkin's brief is essentially a photocopy of select portions of someone else's brief in an unrelated case, which Narkin adopted wholesale as his own, adding a few handwritten edits and scratching out some material.  Some of the photocopied pages are incompletely copied, or even presented sideways.

    Further, Narkin's brief fails to comply with the most fundamental procedural rules:  the brief does not contain a table of contents, a jurisdictional statement, a statement of the case, a summary of the argument, an appropriate argument section with the standards of review and citations to the record, or a conclusion, in violation of Fed. R. App. P. 28.  Narkin also failed to include an addendum to the brief, in violation of 1st Cir. R. 28.0.

In short, Narkin has violated, in significant ways, a whole series of requirements imposed by the appellate rules, and he has failed to provide this court with any of the information needed to evaluate his appeal. See, e.g., Rodríguez-Machado v. Shinseki, 700 F.3d 48, 48 (1st Cir. 2012) (per curiam) (noting that "substantial noncompliance with important appellate rules, in and of itself, constitutes sufficient cause to dismiss [an] appeal") (internal quotation marks omitted); Alejandro-Martínez v. Ortiz-Vásquez, 485 F. App'x 441, 441 (1st Cir. 2012) (unpublished per curiam) (noting that "litigants in this Circuit should not seriously expect to obtain a remedy without doing the necessary leg work first").

The motion to dismiss Narkin's appeal with prejudice is granted. The motion to strike Narkin's brief is denied as moot.

We defer to the panel that will be deciding the other consolidated appeals whether any additional sanctions against Narkin are warranted.

So ordered.

By the Court:

/s/ Margaret Carter, Clerk

cc: Bryan A. Wood
Glen DeValerio
Daryl DeValerio Andrews
Janine Lee Pollack
Nathaniel L. Orenstein
Jayne A. Goldstein
Christopher Michael Morrison
Joseph B. Sconyers
Jonathon Henry Roth
Christopher Todd Cain
Michael Narkin
David C. Aisenberg