# United States Court of Appeals
## For the First Circuit

Nos. 15-1207
15-1208

VALERIE BEZDEK, individually and on
behalf of all others similarly situated,

Plaintiff, Appellee,

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC,

Defendants, Appellees,

MADELINE MONTI CAIN; JUSTIN FERENCE; MICHAEL NARKIN,

Interested Parties, Appellants.

No. 15-1209

BRIAN DEFALCO,

Plaintiff, Appellee,

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC,

Defendants, Appellees,

JUSTIN FERENCE,

Interested Party, Appellant

**JUDGMENT**

Entered: December 31, 2015

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Aisenberg, Ms. Andrews, Ms. Baiocco, Mr. Cain, Mr. Daly, Mr. DeValerio, Mr. Goldstein, Mr. Narkin, Mr. Orenstein, Mr. Pollack, Mr. Roth, Mr. Sconyers, Mr. Sheehan & Mr. Wood.