# United States Court of Appeals
## For the First Circuit

No. 15-1207

VALERIE BEZDEK, individually and on behalf of all others similarly situated

Plaintiff - Appellee

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC

Defendants - Appellees

MADELINE MONTI CAIN; JUSTIN FERENCE; MICHAEL NARKIN

Interested Parties - Appellants

No. 15-1208

VALERIE BEZDEK, individually and on behalf of all others similarly situated

Plaintiff - Appellee

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC

Defendants - Appellees

MADELINE MONTI CAIN; JUSTIN FERENCE; MICHAEL NARKIN

Interested Parties - Appellants

No. 15-1209

BRIAN DEFALCO

Plaintiff - Appellee

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC

Defendants - Appellees

JUSTIN FERENCE

Interested Party - Appellant

---

## MANDATE

Entered: January 22, 2016

In accordance with the judgment of December 31, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David C. Aisenberg
Daryl DeValerio Andrews
Dana Baiocco
Christopher Todd Cain
James R. Daly III
Glen DeValerio
Jayne A. Goldstein
Christopher Michael Morrison
Michael Narkin
Nathaniel L. Orenstein
Janine Lee Pollack
Jonathon Henry Roth
Joseph B. Sconyers
Patrick J. Sheehan
Bryan A. Wood