# United States Court of Appeals
### For the First Circuit

_____

Nos. 15-1207 and 15-1208

VALERIE BEZDEK, individually and on behalf of all others similarly situated

Plaintiff - Appellee

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC

Defendants - Appellees

MADELINE MONTI CAIN; JUSTIN FERENCE; MICHAEL NARKIN

Interested Parties - Appellants

_____

No. 15-1209

BRIAN DEFALCO

Plaintiff - Appellee

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC

Defendants - Appellees

JUSTIN FERENCE

Interested Party - Appellant

_____

**TAXATION OF COSTS**
_____

Entered: January 25, 2016
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of Appellees Valerie Bezdek and Brian DeFalco are taxed as follows:

    Reproduction of brief for Valerie Bezdek and Brian DeFalco    ...............$ 133.90

                                           TOTAL    ...............$ 133.90

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on January 22, 2016.

                                      By the Court:

                                      /s/ Margaret Carter, Clerk

cc:
Robert M. Farrell, Clerk of Court
Brian A. Wood
Glen DeValerio
Daryl DeValerio Andrews
Janine Lee Pollack
Nathaniel L. Orenstein
Jayne A. Goldstein
James R. Daly III
Christopher Michael Morrison
Joseph B. Sconyers
Jonathon Henry Roth
Christopher Todd Cain
Michael Narkin
David C. Aisenberg
Patrick J. Sheehan
Dana Baiocco